UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x
In Re:

    Babygear.com, Inc etal

CASE NO. 00-15700 ALG

ORDER FOR REIMBURSEMENT
OF UNCLAIMED DIVIDENDS

-----------------------------------------------------------x

    On 4/21/2008, the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, US Bankruptcy Court, for deposit into the Registry of the Court in the amount of $45,797.40 on behalf of Eassist.com, Inc. On June 11, 2008, Talisma Corp. c/o Dilks & Knopik, LLC filed a Petition seeking payment of this sum. The Petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

    ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $45,797.40, payable to Talisma Corp. c/o Dilks & Knopik, LLC and shall send said check to payee at the following address: PO Box 2728, Issaquah, WA 98027.

    IT IS SO ORDERED this 29th day of July, 2008.

/ S/ Stuart M. Bernstein
United States Bankruptcy Judge

Application Submitted By:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Talisma Corp.
PO Box 2728
Issaquah, WA 98027
(425) 836-5728