UNITED STATES BANKRUPTCY COURT
Southern District of New York

----------------------------------------x

In re:
Babygear.com, Inc.
Amerisasbaby.com, Inc. - Ibaby.com
Babyfurniture.com - Babygifts.com
Cybertykes Inc. - Online Retail Grp
                Debtors

Chapter 7
Case No. 00-15700-ALG

*ORDER DIRECTING PAYMENT*

Fund 6047BK/6133BK
Unclaimed Dividends Transferred
To United States Treasury

----------------------------------------x

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that (Name) <u>AboveNet Communications, Inc. (Successor-in-interest to SiteSmith Inc.)</u> is entitled to an unclaimed dividend in the amount of $ <u>1,630.11</u>.

NOW it is

ORDERED, that the United States Treasury, by check, pay to

(Name) <u>AboveNet Communications, Inc.</u>

in the amount of $ <u>1,630.11</u> as such person's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK

*December 23, 2008*

                                                /s/ *Stuart M. Bernstein*
                                                     Bankruptcy Judge