UNITED STATES BANKRUPTCY COURT
Southern District of New York

———————————————————X
In re

BABYGEAR.COM, INC. et al.

Debtor

———————————————————X

Case No.: 00-15700
ORDER DIRECTING PAYMENT
Fund 6047BK/6133BK
Unclaimed Dividends Transferred
To United States Treasury

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that Verizon Business Global, LLC is entitled to an unclaimed dividend in the amount of $1,809.53.

NOW it is

ORDERED, that the United States Treasury, by check, pay to Verizon Business Global in the amount of $1,809.53 as such person's unclaimed dividend from FUND 6047BK/6133BK.

DATED: NEW YORK, NEW YORK

August 25, 2009

/S/ STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE